IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| SANDRA GALE HALL | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:08-cv-11 |
| | ) ) | JUDGE HAYNES |
| WAL-MART STORES EAST, LP. | ) ) | |
| Defendant | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 20) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the 10th day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge